Mark A. Wasser CA SB #060160
LAW OFFICES OF MARK A. WASSER
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Phone: (916) 444-6400
Fax: (916) 444-6405
E-mail: mwasser@markwasser.com

Bernard C. Barman, Sr.
KERN COUNTY COUNSEL
Mark Nations, Chief Deputy
1115 Truxton Avenue, Fourth Floor
Bakersfield, CA  93301
Phone:  (661) 868-3800
Fax:  (661) 868-3805
E-mail: mnations@co.kern.ca.us

Attorneys for Defendants County of Kern,
Peter Bryan, Irwin Harris, Eugene Kercher,
Jennifer Abraham, Scott Ragland, Toni Smith
and William Roy

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID F. JADWIN, D.O.** | Case No.: 1:07-cv-26 |
| Plaintiff, | **STIPULATION RE; SERVICE AND RESPONSE TO FIRST AMENDED COMPLAINT, SCHEDULIG OF RULE 26(f) CONFERENCE AND MANDATORY SCHEDULING CONFERENCE AND ORDER** |
| vs. | |
| **COUNTY OF KERN**, et al., | |
| Defendants. | |

It is hereby stipulated by and between the parties hereto through their respective counsel as follows:

1. There are multiple Defendants in this action and they were not all served on the same date but they were all served by April 6, 2007.  Given the varying service dates, the parties agree that all the Defendants may file an answer to the First Amended Complaint on or before April 30, 2007.  Plaintiff shall not be prejudiced with respect to the scheduling of discovery or trial.

/ / /

STIPULATION RE: SERVICE AND RESPONSE TO FIRST AMENDED COMPLAINT, SCHEDULING OF RULE 26(f) CONFERENCE AND MANDATORY SCHEDULING CONFERENCE AND ORDER

1

PDF created with pdfFactory trial version www.pdffactory.com

2. Plaintiff may supplement his First Amended Complaint by adding factual allegations regarding a letter from the California Labor Commissioner and some other matters. The supplement will be filed on or before April 24, 2007.

3. The parties will conduct the Rule 26(f) Conference on May 4, 2007 at a mutually agreeable time and location.

4. In order that the parties have sufficient time to prepare effective initial disclosures and a discovery plan, the parties request that the Court re-schedule the Mandatory Scheduling Conference to May 31, 2007.

Dated, April____, 2007        LAW OFFICES OF MARK A. WASSER

By:_____

Mark A. Wasser
Attorney for Defendants, County of Kern, et al.

Dated: April ____, 2007        LAW OFFICE OF EUGENE LEE

By:_____

Eugene D. Lee
Attorney for Plaintiff, David F. Jadwin, D.O.

**ORDER**

The parties having stipulated as hereinabove set forth and good cause appearing therefore;

IT IS SO ORDERED. The Mandatory Scheduling Conference is reset to 5/31/07 at 8:45 a.m. in Courtroom 3.

Dated: April 18, 2007        UNITED STATES DISTRICT COURT

/s/ Oliver W. Wanger

The Honorable Oliver W. Wanger
United States District Court Judge

STIPULATION RE: SERVICE AND RESPONSE TO FIRST AMENDED COMPLAINT, SCHEDULING OF RULE 26(f) CONFERENCE AND MANDATORY SCHEDULING CONFERENCE AND ORDER

2

PDF created with pdfFactory trial version www.pdffactory.com