**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID F. JADWIN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF KERN, et al.,<br><br>　　　　Defendants, | Case No. 1:07-cv-0026 OWW TAG<br><br>ORDER DROPPING PLAINTIFF'S MOTION TO COMPEL FROM THE CALENDAR FOR FAILURE TO COMPLY WITH LOCAL RULE 37-251 (Doc. 48)<br><br>ORDER DIRECTING COUNSEL FOR DEFENDANTS TO INFORM THE COURT AS TO THE STATUS OF DEFENDANTS' MOTION FOR A PROTECTIVE ORDER (Doc. 56) |

　　Plaintiff, David F. Jadwin, ("Plaintiff") has filed a motion to compel (Doc. 48). Local Rule 37-251(a) requires that a joint statement re: discovery disagreement be filed no later than three (3) court days prior to the scheduled hearing date. The scheduled hearing date for Plaintiff's motion to compel is November 5, 2007. Consequently, the joint statement re: discovery disagreement was due no later than October 31, 2007. No joint statement re: discovery disagreement pertaining to Plaintiff's motion to compel has been filed.

　　Local Rule 37-251(d) provides that counsel for the moving party may file and serve an affidavit addressing specific matters if he is unable to secure opposing the cooperation of opposing party's counsel in preparing or executing the required joint statement. The affidavit must be filed at least three (3) court days prior to the scheduled hearing date. In this case, no such affidavit has

1

1  been filed by Plaintiff's counsel.

2       Local Rule 37-251(a) provides that a motion hearing may be dropped from the calendar
3  without prejudice if the joint statement or affidavit is not timely filed.  Pursuant to Local Rule
4  37-251(a), Plaintiff's motion to compel (Doc. 48) is DROPPED from the calendar without
5  prejudice for lack of a joint statement and for lack of a timely affidavit from Plaintiff's counsel.
6  Defendants' counsel SHALL ADVISE the court in writing no later than 5:00 p.m. on November 1,
7  2007, if Defendants intend to proceed with the motion for a protective order (Doc. 56), or if they
8  wish to withdraw it at this time.

10  IT IS SO ORDERED.

11  Dated:   **November 1, 2007**              **/s/ Theresa A. Goldner**
                                                UNITED STATES MAGISTRATE JUDGE

2