1  Eugene D. Lee SB# 236812
   LAW OFFICES OF EUGENE LEE
2  555 West Fifth Street, Suite 3100
   Los Angeles, CA 90013
3  Phone: (213) 992-3299
   Fax: (213) 596-0487
4  E-mail: elee@LOEL.com

5  Joan Herrington SB# 178988
   BAY AREA EMPLOYMENT LAW OFFICE
6  5032 Woodminister Lane
   Oakland, CA 94602
7  Phone: (510) 530-4078
   Fax: (510) 530-4725
8  E-mail: jh@baelo.com
   Of Counsel to LAW OFFICE OF EUGENE LEE
9
   Attorneys for Plaintiff
10 DAVID F. JADWIN, D.O.

11 Mark A. Wasser CA SB #060160
   LAW OFFICES OF MARK A. WASSER
12 400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
13 Phone: (916) 444-6400
   Fax: (916) 444-6405
14 E-mail: mwasser@markwasser.com

15 Bernard C. Barman, Sr.
   KERN COUNTY COUNSEL
16 Mark Nations, Chief Deputy
   1115 Truxtun Avenue, Fourth Floor
17 Bakersfield, CA 93301
   Phone: (661) 868-3800
18 Fax: (661) 868-3805
   E-mail: mnations@co.kern.ca.us
19
   Attorneys for Defendants County of Kern, Peter Bryan, Irwin Harris, Eugene Kercher,
20 Jennifer Abraham, Scott Ragland, Toni Smith and William Roy

21                    UNITED STATES DISTRICT COURT

22                    EASTERN DISTRICT OF CALIFORNIA

23
24 **DAVID F. JADWIN, D.O.**           ) Case No.: 1:07-cv-00026 OWW TAG
                                        )
25         Plaintiff,                   ) STIPULATION RE: CONTACT
                                        ) INFORMATION FOR WITNESSES
26    vs.                               ) DICLOSED IN THE INITIAL
                                        ) DISCLOSURES; ORDER THEREON
27 **COUNTY OF KERN**, et al.,          )
                                        ) Complaint Filed: January 5, 2007
28         Defendants.                  ) Trial Date: August 26, 2008

---

1

STIPULATION RE: CONTACT INFORMATION FOR WITNESSES
DISCLOSED IN THE INITIAL DISCLOSURES

It is hereby stipulated by and between the parties hereto through their respective counsel as follows:

1. Defendants disclosed certain potential witnesses in their initial disclosures. Some of the disclosed individuals are employees and some are independent contractors. This stipulation is to confirm the parties' agreement regarding the disclosure of contact information for witnesses and independent contractors who leave County employment or service during pendency of this case.

2. Defendants shall disclose to Plaintiff, David F. Jadwin, D.O. the last known address and phone number of any employee who leaves County employment or service during pendency of this case within 5 court days of the date of their last service to the County. In some cases, the last known address may be a residence address. In some cases it may be a business address. The County's obligation is to provide Plaintiff with the last known address most likely to result in communication with the individual.

3. Plaintiff's counsel and Defendants' counsel shall each accept service by facsimile of all process and notices hereafter served in this matter, including, with respect to Defendants, on behalf of all employees of Defendant County of Kern, provided that all process and notices shall also be served by first-class mail.

4. Defendant County of Kern shall make current employees available to Plaintiff for deposition or informal interview on reasonable notice by request to Defendants' counsel.

5. Unless previously disclosed, Defendants shall disclose the current address of any individual identified in Defendants' initial disclosures who is not an employee of the County of Kern within 20 days of the date of this Stipulation.

///
///

| | | |
|---|---|---|
| 1 | Dated: November 1, 2007 | LAW OFFICE OF EUGENE LEE |
| 3 | | By: /s/ Eugene D. Lee (as authorized on 11/1/07) |
| 4 | | Eugene D. Lee<br>Attorney for Plaintiff, David F. Jadwin, D.O. |
| 6 | Dated: November 1, 2007 | LAW OFFICES OF MARK A. WASSER |
| 8 | | By: /s/ Mark A. Wasser |
| 9 | | Mark A. Wasser<br>Attorney for Defendants, County of Kern, et al. |

**ORDER**

The parties having stipulated as hereinabove set forth and good cause appearing therefore;

IT IS SO ORDERED.

Dated: November 2, 2007      UNITED STATES DISTRICT COURT

By: /s/ Theresa A. Goldner

The Honorable Theresa A. Goldner
United States Magistrate Judge