IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID F. JADWIN, D.O., ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> COUNTY OF KERN, et al., ) <br> ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CV-F-07-026 OWW/TAG <br><br> ORDER DENYING PLAINTIFF'S REQUEST FOR RECONSIDERATION BY THE DISTRICT COURT OF MAGISTRATE JUDGE'S ORDER (Doc. 68) |

Plaintiff has filed a request for reconsideration by the District Court of a Magistrate Judge's order.  Plaintiff argues that the "Order Denying Motion to Strike Fifth Affirmative Defense and Request for Sanctions" filed on October 23, 2007, (Doc. 64), is clearly erroneous or contrary to law.

Plaintiff, alleged to be a whistleblowing physician with disabilities, has filed a "Second Supplemental Complaint for Damages & Injunctive Relief" against his employer, the County of Kern, and officers and/or employees of the Kern Medical Center for retaliation for whistleblowing activities, for interference

1

with Plaintiff's right to medical leave and retaliation for his exercise of the right to medical leave, for employment discrimination, failure to accommodate and failure to engage in interactive consultation concerning an employee with disabilities, for denial of procedural due process, defamation, and violation of the Fair Labor Standards Act.

Defendants allege as a Fifth Affirmative Defense that, "during Plaintiff's employment at Kern Medical Center, Plaintiff was arrogant, disagreeable, uncooperative, intimidating, overbearing, self-righteous and unfriendly and that Plaintiff's behavior contributed to and was the direct and proximate cause of any stresses, disabilities or injuries that Plaintiff believes he sustained."

Pursuant to Rule 72-303(f), Local Rules of Practice, and 28 U.S.C. § 636(b)(1)(A), Plaintiff's request for reconsideration may be granted if it is concluded that the Magistrate Judge's Order is "clearly erroneous or contrary to law."

Upon review of the record in this action, the Magistrate Judge's Order denying Plaintiff's motion to strike the Fifth Affirmative Defense is neither clearly erroneous or contrary to law, nor an abuse of discretion.

In resolving the motion to strike, the Magistrate Judge utilized the correct legal standards.  Motions to strike are disfavored and resolution of a motion to strike is within the Magistrate Judge's discretion.  Plaintiff complains that the Fifth Affirmative Defense infers contributory or comparative

1  negligence and that, if Defendant proves facts that Plaintiff's
2  own behavior contributed to the alleged hostile work environment,
3  such facts do not dispose of Plaintiff's claims because none of
4  Plaintiff's claims for relief rest on a theory of negligence.
5     However, evidence of Plaintiff's conduct is relevant to the
6  totality of the circumstances underlying Plaintiff's allegations,
7  including his allegation of a hostile work environment.  The
8  denial of the motion to strike was without prejudice to its
9  renewal upon completion of discovery.  Plaintiff's contention
10 that the Fifth Affirmative Defense does not provide him fair
11 notice in sufficient particularity of the gravamen of the defense
12 is unpersuasive and, in any event, can be fleshed out through
13 discovery and other pretrial proceedings.  Finally, Plaintiff's
14 contention that the Magistrate Judge erred by articulating
15 theories upon which Plaintiff's conduct could constitute a
16 defense in addition to that articulated by Defendants does not
17 require granting the motion to strike or a conclusion that
18 Defendants have waived any such theories.  The evidence described
19 is relevant and leave to amend may be requested pursuant to Rule
20 15, Federal Rules of Civil Procedure.  This action is in the
21 early pretrial phase and discovery is not yet complete.
22    As there is no error, Plaintiff's request for
23 reconsideration by the District Court of a Magistrate Judge's
24 order is DENIED.
25 ///
26 ///

1 | IT IS SO ORDERED.

2 | **Dated:   December 17, 2007**              /s/ Oliver W. Wanger
                                               UNITED STATES DISTRICT JUDGE