UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID F. JADWIN, D.O., <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF KERN, et al, <br><br> Defendants. | 1:07-cv-00026 OWW-TAG <br><br> ORDER RE: PLAINTIFF'S MOTIONS TO COMPEL DISCOVERY (Docs. 95, 96); <br><br> ORDER RE: DEFENDANT'S MOTION FOR PROTECTIVE ORDER (Doc. 97) |

The above matters came on regularly for hearing before the Honorable Theresa A. Goldner on April 28, 2008 at 9:30 a.m., in the United States District Court courtroom at 1300 18th Street, Suite A, Bakersfield, California. The Court has read and reviewed the motions, declarations and memoranda of the parties, and considered the arguments of counsel. Eugene D. Lee of the Law Office of Eugene Lee appeared for Plaintiff and Mark A. Wasser of the Law Offices of Mark A. Wasser and Karen Barnes, Chief Deputy County Counsel, appeared for Defendants, and the matter was heard. Good cause appearing, the Court hereby orders as follows.

//
//
//
//

A. PLAINTIFF'S MOTION TO COMPEL FURTHER DEPOSITION
OF PATRICIA PEREZ BY PLAINTIFF; AND REQUEST FOR SANCTIONS
(DOC. 95)

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Further Deposition of Patricia Perez by Plaintiff is granted; Plaintiff's request for sanctions in the amount of at least $4,718.76 is taken under submission.

B. PLAINTIFF'S MOTION TO COMPEL DEFENDANT
COUNTY OF KERN'S FURTHER RESPONSES TO PLAINTIFF'S
INTERROGATORIES, SET ONE; AND REQUEST FOR SANCTIONS (DOC. 96)

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Further Responses to Plaintiff's Interrogatories, Set One is granted with respect to interrogatories 1 to 7, and 48. Defendant County of Kern shall serve supplemental responses to Plaintiff's interrogatories 1 to 7 and 48 by Tuesday, May 13, 2008.  Plaintiff's motion to compel further responses to interrogatories 46 and 47 and his request for sanctions in the amount of at least $2,000 are taken under submission.

C. DEFENDANT COUNTY OF KERN'S MOTION FOR PROTECTIVE ORDER RE:
FURTHER INTERROGATORIES BY PLAINTIFF; AND REQUEST FOR
SANCTIONS  (DOC. 97)

IT IS HEREBY ORDERED that Defendant's Motion for Protective Order re: Further Interrogatories by Plaintiff is hereby denied without prejudice. Defendants have withdrawn their request for sanctions.

IT IS SO ORDERED.

Dated:   **May 2, 2008**                                              /s/ Theresa A. Goldner
                                                                      UNITED STATES MAGISTRATE JUDGE