Mark A. Wasser CA SB #060160
LAW OFFICES OF MARK A. WASSER
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Phone: (916) 444-6400
Fax: (916) 444-6405
E-mail: mwasser@markwasser.com

Bernard C. Barmann, Sr. CA SB #60508
KERN COUNTY COUNSEL
Mark Nations, Chief Deputy CA SB #101838
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA  93301
Phone:  (661) 868-3800
Fax:  (661) 868-3805
E-mail: mnations@co.kern.ca.us

Attorneys for Defendants County of Kern,
Peter Bryan, Irwin Harris, Eugene Kercher,
Jennifer Abraham, Scott Ragland, Toni Smith
and William Roy

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID F. JADWIN, D.O.**, <br><br>  Plaintiff, <br><br> vs. <br><br> **COUNTY OF KERN**, et al., <br><br> Defendants. | Case No.: 1:07-cv-00026-OWW-TAG <br><br> **ORDER ON DEFENDANTS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME RE MOTION FOR PERMISSTION TO SERVE EXPERT REPORTS AFTER MAY 5, 2008** <br><br> Date Action Filed:  January 6, 2007 <br> Trial Date:  December 3, 2008 |

Good cause appearing, Defendants' Ex Parte Application for Order Shortening Time Re Motion for Permission to Serve Expert Reports After May 5, 2008 is granted as follows:

IT IS HEREBY ORDERED that the time for service, briefing and hearing of Defendants' Motion for Permission to Serve Expert Reports

-1-

PROPOSED ORDER RE DEFENDANTS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME
RE MOTION FOR PERMISSION TO SERVE EXPERT REPORTS AFTER MAY 5, 2008

PDF created with pdfFactory trial version www.pdffactory.com

After May 5, 2008 be as follows:

| | |
|---|---|
| Filing of Motion: | [May 5, 2008.] |
| Plaintiff's Opposition: | May 9, 2008 by 3:00 PM. |
| Defendants' Reply: | [WAIVED.] |
| Hearing on Motion: | 5/12/2008  11:00 AM<br>Courtroom 3 |

Dated: May 6, 2008                                             /s/ OLIVER W. WANGER
                                                               Hon. Oliver W. Wanger
                                                               United States District Judge

-2-

PROPOSED ORDER RE DEFENDANTS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME
RE MOTION FOR PERMISSION TO SERVE EXPERT REPORTS AFTER MAY 5, 2008

PDF created with pdfFactory trial version www.pdffactory.com