Mark A. Wasser CA SB #060160
LAW OFFICES OF MARK A. WASSER
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Phone: (916) 444-6400
Fax: (916) 444-6405
E-mail: mwasser@markwasser.com

Bernard C. Barman, Sr. CA SB #060508
KERN COUNTY COUNSEL
Mark Nations, Chief Deputy CA SB #101838
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Phone: (661) 868-3800
Fax: (661) 868-3805
E-mail: mnations@co.kern.ca.us

Attorneys for Defendants County of Kern, Peter Bryan, Irwin Harris, Eugene Kercher, Jennifer Abraham, Scott Ragland, Toni Smith and William Roy

Eugene D. Lee SB# 236812
LAW OFFICES OF EUGENE LEE
555West Fifth Street, Suite 3100
Los Angeles, CA 90013
Phone: (213) 992-3299
Fax: (213) 596-0487
E-mail: elee@LOEL.com

Attorneys for Plaintiff
DAVID F. JADWIN, D.O.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID F. JADWIN, D.O.** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**COUNTY OF KERN**, et al., )<br>)<br>Defendants. )<br>) | Case No.: 1:07-cv-26<br><br>**STIPULATION RE: EXAMINATION OF PLAINTIFF AND ORDER**<br><br>Complaint Filed: January 5, 2007<br>Trial Date: December 3, 2008 |

PURSUANT TO THE ORDER OF THE COURT, IT IS HEREBY STIPULATED by and between the parties through their respective counsel that Plaintiff, David F. Jadwin, shall submit to a mental and psychiatric examination by Dr. Robert Burchuk on Monday, May 19, 2008 from 10:00 a.m. to 2:00 p.m. and Thursday, May 29 from 1:00 p.m. to 5:00 p.m. in Dr.

PDF created with pdfFactory trial version www.pdffactory.com

Burchuk's office at 23522 Califa Street, Woodland Hills, California.  Dr. Burchuk's telephone is 818-922-4900.  The examination shall consist of an oral interview and evaluation and the administration of one Test of Memory Malingering (T.O.M.M.) test procedure.  Dr. Burchuk and Dr. Jadwin may each record the examination by audio recording.  Dr. Burchuk's report and all supporting information, including T.O.M.M. raw test scores, shall be disclosed to Plaintiff by June 16, 2008.

  IT IS FURTHER STIPULATED that Plaintiff shall direct Dr. Anthony E. Reading and all other persons who performed or administered psychological or psychometric tests to David Jadwin to forward all raw test scores and data to David Allen, Atrium Psychological Group, 11500 Olympic Blvd., Suite 580, Los Angeles, California 90064 no later than May 23, 2008.  Plaintiff shall not be required to submit to any evaluation or interview by Dr. Allen.  Dr. Allen shall review and evaluate the raw test scores and data submitted from Dr. Reading and others, if any.

  IT IS FUTHER STIPULATED that Plaintiff shall submit to a vocational rehabilitation evaluation to be conducted by Rick Sarkasian, Ph.D. on Wednesday, May 28, 2008 at 10:00 a.m. in the offices of Atkinson Baker, 500 N. Brand Blvd, Third Floor, Glendale, California  91203, telephone 818-551-7300.  Mr. Sarkasian's report shall be disclosed to Plaintiff by June 16, 2008.

Dated: May 16, 2008    LAW OFFICES OF MARK A. WASSER

           By: /s/ Mark A. Wasser
             Mark A. Wasser
             Attorney for Defendants, County of Kern, et al.

Dated:  May 16, 2008    LAW OFFICE OF EUGENE LEE

           By: /s/ Eugene D. Lee (as authorized on 5/16/08)
             Eugene D. Lee
             Attorney for Plaintiff, David F. Jadwin, D.O.

PDF created with pdfFactory trial version www.pdffactory.com

1 **ORDER**

2 The parties having stipulated as hereinabove set forth and good cause appearing

3 therefore;

4     IT SO ORDERED.

5 Dated: May 19, 2008        UNITED STATES DISTRICT COURT

6

7         By: /s/ OLIVER W. WANGER
        The Honorable Oliver W. Wanger

8         United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE EXAMINATION OF PLAINTIFF AND ORDER

PDF created with pdfFactory trial version www.pdffactory.com