1 | Mark A. Wasser CA SB #060160
LAW OFFICES OF MARK A. WASSER
2 | 400 Capitol Mall, Suite 1100
Sacramento, CA 95814
3 | Phone: (916) 444-6400
Fax: (916) 444-6405
4 | E-mail: mwasser@markwasser.com

5 | Bernard C. Barman, Sr. CA SB #060508
KERN COUNTY COUNSEL
6 | Mark Nations, Chief Deputy CA SB #101838
1115 Truxtun Avenue, Fourth Floor
7 | Bakersfield, CA 93301
Phone: (661) 868-3800
8 | Fax: (661) 868-3805
E-mail: mnations@co.kern.ca.us

Attorneys for Defendants County of Kern, Peter Bryan, Irwin Harris, Eugene Kercher,
Jennifer Abraham, Scott Ragland, Toni Smith and William Roy

Eugene D. Lee SB #236812
LAW OFFICES OF EUGENE LEE
555West Fifth Street, Suite 3100
Los Angeles, CA 90013
Phone: (213) 992-3299
Fax: (213) 596-0487
E-mail: elee@LOEL.com

Attorneys for Plaintiff
DAVID F. JADWIN, D.O.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID F. JADWIN, D.O. | Case No.: 1:07-cv-0026-OWW-TAG |
| Plaintiff, | STIPULATION RE: BALANCING OF PRIVACY INTERESTS AND |
| vs. | PROTECTIVE ORDER |
| COUNTY OF KERN, et al., | |
| Defendants. | Complaint Filed: January 5, 2007<br>Trial Date: December 3, 2008 |

Pursuant to the Order of the Court issued by Magistrate Judge Goldner on May 9, 2008 (Doc. 124), IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that, with regard to balancing the privacy interests of the Defendants against the

1

Plaintiff's need for disclosure, the Plaintiff's need for disclosure prevails as to documents that reveal the nature of interpersonal work relationships at KMC between core physicians and others, on-the-job behavior towards other members of KMC staff by core physicians, complaints against core physicians regarding their behavior at KMC and the County's actions in response.

IT IS FURTHER STIPULATED that documents produced in response to this Stipulation shall be disclosed only to Plaintiff's legal counsel and retained experts and shall be kept separate from all other files and documents in this action and clearly marked "Confidential Pursuant to Protective Order." Upon the conclusion of this action, all such documents shall be returned to Defendants or destroyed and Plaintiff shall not retain any copies. Defendants shall provide Plaintiff with a written receipt for the returned documents or Plaintiff will provide Defendants with written certification that the documents have been destroyed, respectively, and that receipt or certification shall be conclusive proof of Plaintiff's compliance with the requirement that the documents be returned to Defendants or destroyed.

The foregoing notwithstanding, the parties acknowledge that Plaintiff has filed a motion for reconsideration of the above-referenced Order which challenges Judge Goldner's directive to the parties to enter into this privacy-based protective order. Plaintiff's agreement to this stipulation is therefore conditioned on such motion.

Dated: May 20, 2008            LAW OFFICES OF MARK A. WASSER

                               By:   /s/ Mark A. Wasser
                                     Mark A. Wasser
                                     Attorney for Defendants, County of Kern, et al.

Dated:  May 20, 2008           LAW OFFICE OF EUGENE LEE

                               By:   /s/ Eugene D. Lee (as authorized on 5/20/08)
                                     Eugene D. Lee
                                     Attorney for Plaintiff, David F. Jadwin, D.O.

2

|   |   |
|---|---|
| 1 | ORDER |
| 2 | The parties having stipulated as hereinabove set forth and good cause appearing |
| 3 | therefore; |
| 4 | IT IS SO ORDERED. |
| 5 | Dated:  **May 20, 2008**                               **/s/ Theresa A. Goldner** |
|   | UNITED STATES MAGISTRATE JUDGE |

ORDER

The parties having stipulated as hereinabove set forth and good cause appearing therefore;

IT IS SO ORDERED.

Dated: **May 20, 2008**    **/s/ Theresa A. Goldner**
UNITED STATES MAGISTRATE JUDGE