Mark A. Wasser CA SB #060160
LAW OFFICES OF MARK A. WASSER
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Phone: (916) 444-6400
Fax: (916) 444-6405
E-mail: mwasser@markwasser.com

Bernard C. Barman, Sr. CA SB #60508
KERN COUNTY COUNSEL
Mark Nations, Chief Deputy CA SB #101838
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Phone: (661) 868-3800
Fax: (661) 868-3805
E-mail: mnations@co.kern.ca.us

Attorneys for Defendants County of Kern, Peter Bryan, Irwin Harris, Eugene Kercher, Jennifer Abraham, Scott Ragland, Toni Smith and William Roy

Eugene D. Lee SB# 236812
LAW OFFICES OF EUGENE LEE
555West Fifth Street, Suite 3100
Los Angeles, CA 90013
Phone: (213) 992-3299
Fax: (213) 596-0487
E-mail: elee@LOEL.com

Attorneys for Plaintiff
DAVID F. JADWIN, D.O.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAVID F. JADWIN, D.O.**<br><br>Plaintiff,<br><br>vs.<br><br>**COUNTY OF KERN**, et al.,<br><br>Defendants. | Case No.: 1:07-cv-00026 OWW TAG<br><br>**CORRECTED STIPULATION TO CONTINUE PRE-TRIAL DATES AND ORDER**<br><br>Complaint Filed: January 5, 2007<br>Trial Date: December 3, 2008 |

Pursuant to the minute orders of the Court issued on May 12 and May 16, 2008 the parties hereby stipulate to amend the pre-trial portion of the scheduling order as follows:

///

| | |
|---|---|
| Disclosure of Expert Reports | June 16, 2008 |
| Supplemental Expert Disclosure | July 16, 2008 |
| Discovery Cut-Off: | August 18, 2008 |
| Non-Dispositive Motion Cut-Off: | September 2, 2008 |
| Non-Dispositive Motion Hearing | October 3, 2008 |
| Dispositive Motion Cut-Off: | September 15, 2008 |
| Dispositive Motion Hearing | October 20, 2008 |
| Pre-Trial Conference: | November 3, 2008 |
| Trial : | December 2, 2008 |

Dated:  May 28, 2008            LAW OFFICES OF MARK A. WASSER

By:   /s/ Mark A. Wasser
      Mark A. Wasser
      Attorney for Defendants, County of Kern, et al.

Dated:  May 28, 2008            LAW OFFICE OF EUGENE LEE

By:   /s/ Eugene D. Lee (as authorized on 5/28/08)
      Eugene D. Lee
      Attorney for Plaintiff, David F. Jadwin, D.O.

**ORDER**

The parties having stipulated as hereinabove set forth and good cause appearing therefore;

IT SO ORDERED.

Dated:  May 29, 2008            UNITED STATES DISTRICT COURT

By:/s/ OLIVER W. WANGER
       The Honorable Oliver W. Wanger
       United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com