IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID F. JADWIN, D.O.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF KERN; et al.<br><br>　　　　Defendants. | 1:07-cv-00026-OWW-TAG<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTIONS FOR PROTECTIVE ORDER; TO QUASH TWO RECORD SUBPOENAS FOR PLAINTIFF'S PSYCHIATRIC RECORDS; AND FOR DEFENDANTS' COMPLIANCE WITH THE COURT'S ORDER RE: PLAINTIFF'S EXAMINATION<br><br>(Doc. 140) |

　　The above matter came on regularly for hearing before the Honorable Oliver W. Wanger on May 23, 2008 at 12:00 p.m., in Courtroom 3 of the United States Courthouse located at 2500 Tulare Street, Fresno, California 93721. The Court has read and reviewed the motion, declarations and memorandum of Plaintiff, and considered the arguments of counsel. Eugene D. Lee of the Law Office of Eugene Lee appeared telephonically for Plaintiff and Mark A. Wasser of the Law Offices of Mark A. Wasser appeared telephonically for Defendants, and the matter was heard via ECRO. Good cause appearing, the Court hereby orders as follows.

//
//
//
//
//
//

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTIONS FOR PROTECTIVE ORDER; TO QUASH TWO RECORD SUBPOENAS FOR PLAINTIFF'S PSYCHIATRIC RECORDS; AND FOR DEFENDANTS' COMPLIANCE WITH THE COURT'S ORDER RE: PLAINTIFF'S EXAMINATION　　　1

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY ORDERED that Plaintiff's Motions for Protective Order; to Quash Two Record Subpoenas for Plaintiff's Psychiatric Records; and for Defendants' Compliance with the Court's Order re: Plaintiff's Examination is GRANTED in part and DENIED in part as follows:

1. Plaintiff's motion for protective order prohibiting Defendants, and their experts, from seeking discovery of Plaintiff's psychiatric records in violation of the Scheduling Order dated May 31, 2007, is DENIED WITHOUT PREJUDICE.

2. Plaintff's motion to quash Defendants' records subpoena for Plaintiff's psychiatric records kept by Paul Riskin, M.D., is GRANTED.

3. Plaintff's motion to quash Defendants' records subpoena for Plaintiff's psychiatric records kept by Anoshiravan Taheri-Tafreshi, M.D., is GRANTED.

4. Plaintiff's motion for an order requiring Defendants to comply with this Court's modified schedule regarding Plaintiff's Rule 35 examination is DENIED. Plaintiff shall submit to 5 more hours of mental and psychiatric examination by Dr. Robert Burchuk, to occur over two separate dates at a location convenient to Plaintiff. The parties are ordered to meet and confer regarding the setting of these dates and the allocation of the 5 hours over these dates.

IT IS SO ORDERED.

Date:  May 24, 2008                                              /s/ OLIVER W. WANGER

                                                      Honorable Oliver W. Wanger
                                          Judge of the United States District Court
                                                Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com