# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID F. JADWIN, D.O.,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KERN; et al.<br><br>Defendants. | 1:07-cv-00026-OWW-TAG<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION FOR ORDER SHORTENING TIME re: MOTION FOR PROTECTIVE ORDER re EXPERT DEPOSITIONS<br><br>(Doc. 176) |

Good cause appearing, Plaintiff's Ex Parte Application for Order Shortening Time re: Motion for Protective Order re Expert Depositions (Doc. 176) is hereby granted as follows:

IT IS HEREBY ORDERED that the time for service, briefing, and hearing of Plaintiff's Motion for Protective Order re Expert Depositions (Doc. 175) be as follows:

    a. The parties' Joint Statement re Discovery Disagreement (Local Rule 37-251) must be filed by August 6, 2008;

    b. Defendants' Opposition (if any), must be filed by August 7, 2008;

    c. Plaintiff's Reply (if any), must be filed by August 8, 2008;

///

1

    d. The hearing on the Motion is set for Monday, August 11, 2008 at 9:30 a.m. before Magistrate Judge Goldner, at the United States District Court courtroom located at 1300 18th Street, Suite A, Bakersfield, California; and

    e. Counsel may appear telephonically at the hearing through Court Call LLC, provided they each make sufficient advance arrangements through Court Call LLC.

IT IS SO ORDERED.

Dated: **August 4, 2008**             **/s/ Theresa A. Goldner**
                                                            UNITED STATES MAGISTRATE JUDGE