Mark A. Wasser CA SB #060160
LAW OFFICES OF MARK A. WASSER
400 Capitol Mall, Suite 2640
Sacramento, California 95814
Phone: (916) 444-6400
Fax: (916) 444-6405
E-mail: mwasser@markwasser.com

Bernard C. Barmann, Sr. CA SB #060508
KERN COUNTY COUNSEL
Mark Nations, Chief Deputy CA SB #101838
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
Phone:  (661) 868-3800
Fax:  (661) 868-3805
E-mail: mnations@co.kern.ca.us

Attorneys for Defendants County of Kern,
Peter Bryan, Irwin Harris, Eugene Kercher,
Jennifer Abraham, Scott Ragland, Toni Smith
and William Roy

Eugene D. Lee SB# 236812
LAW OFFICES OF EUGENE LEE
555West Fifth Street, Suite 3100
Los Angeles, CA 90013
Phone: (213) 992-3299
Fax: (213) 596-0487
E-mail: elee@LOEL.com

Attorneys for Plaintiff
DAVID F. JADWIN, D.O.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID F. JADWIN, D.O.**<br><br>Plaintiff,<br><br>vs.<br><br>**COUNTY OF KERN**, et al.,<br><br>Defendants. | Case No.: 1:07-cv-00026-OWW-TAG<br><br>**STIPULATION RE DEPOSITIONS AFTER DISCOVERY CUT-OFF& ORDER THEREON**<br><br>Action Filed:  January 6, 2007<br>Trial Date:  December 2, 2008 |

///

///

///

---

1
STIPULATION RE DEPOSITIONS AFTER DISCOVERY CUT-OFF & ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

1    WHEREAS, at a hearing held on August 6, 2008, the Court ordered the convening of 17
2 depositions on 11 full days spanning from August 7 to August 25, 2008;
3    WHEREAS, the deposition schedule set by the Court extends discovery past the
4 discovery cut-off and occupies dates that had previously been set by the parties for expert and
5 PMK depositions;
6    WHEREAS, the parties now find it necessary to re-set said depositions on additional
7 dates that are after the discovery cut-off;
8    IT IS HEREBY STIPULATED by and between the parties through their respective
9 counsel, that such depositions be held as follows, starting at 9 a.m. on each such date:
10    1.    August 26, 2008: Deposition by Plaintiff of Dr. McAfee at his office at the
11 University of California, San Diego, School of Medicine, Dean's Office, 9500 Gilman Drive, La
12 Jolla, CA;
13    2.    August 27 to 30 (or earlier), 2008: Deposition by Plaintiff of County of Kern at
14 Holiday Inn Select in Bakerfield, CA.;
15    3.    September 2, 2008: Deposition by Defendants of Ms. Levison at Mr. Wasser's
16 office at 400 Capitol Mall, Suite 1100, Sacramento, CA 95814;
17    4.    September 3, 2008: Deposition by Defendants of Dr. Weiss at his office at City of
18 Hope, 1500 E. Duarte Rd., Duarte, CA 91010;
19    5.    September 4, 2008: Deposition by Defendants of Ms. Rizzardi at her office at 140
20 South Lake Avenue, Suite 230, Pasadena, CA 91101;
21    6.    September 5, 2008: Deposition by Defendants of Dr. Reading at his office at 462
22 North Linden Dr Ste 445, Beverly Hills, CA 90212.
23    //
24    //
25    //
26    //
27    //
28    //

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  August 8, 2008        LAW OFFICES OF MARK A. WASSER

By:   /s/ Mark A.Wasser
      Mark A. Wasser
      Attorney for Defendants County of Kern, et al.

Dated:  August 8 , 2008        LAW OFFICE OF EUGENE LEE

By:   /s/ Eugene D. Lee (as authorized on 8/8/08)
      Eugene D. Lee
      Attorney for Plaintiff, David F. Jadwin, D.O.

## ORDER

The parties having stipulated as hereinabove set forth and good cause appearing,

IT IS SO ORDERED.

DATE: August 8, 2008                /s/ OLIVER W. WANGER
                                    Honorable Oliver W. Wanger
                                    U.S. Dist. Judge

PDF created with pdfFactory trial version www.pdffactory.com