Mark A. Wasser CA SB #060160
LAW OFFICES OF MARK A. WASSER
400 Capitol Mall, Suite 2640
Sacramento, California 95814
Phone: (916) 444-6400
Fax: (916) 444-6405
E-mail: mwasser@markwasser.com

Bernard C. Barmann, Sr. CA SB #060508
KERN COUNTY COUNSEL
Mark Nations, Chief Deputy CA SB #101838
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
Phone:  (661) 868-3800
Fax:  (661) 868-3805
E-mail: mnations@co.kern.ca.us

Attorneys for Defendants County of Kern,
Peter Bryan, Irwin Harris, Eugene Kercher,
Jennifer Abraham, Scott Ragland, Toni Smith
and William Roy

Eugene D. Lee SB# 236812
LAW OFFICES OF EUGENE LEE
555West Fifth Street, Suite 3100
Los Angeles, CA 90013
Phone: (213) 992-3299
Fax: (213) 596-0487
E-mail: elee@LOEL.com

Attorneys for Plaintiff
DAVID F. JADWIN, D.O.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID F. JADWIN, D.O.** | Case No.: 1:07-cv-00026-OWW-TAG |
| Plaintiff, | **STIPULATION RE DEPOSITIONS AFTER DISCOVERY CUT-OFF& ORDER THEREON** |
| vs. | |
| **COUNTY OF KERN**, et al., | Action Filed:  January 6, 2007 |
| Defendants. | Trial Date:  December 2, 2008 |

///

///

---

1

///

WHEREAS, at a hearing held on August 6, 2008, the Court ordered the convening of 17 depositions on 11 full days spanning from August 7 to August 25, 2008;

WHEREAS, the deposition schedule set by the Court extends discovery past the discovery cut-off and occupies dates that had previously been set by the parties for expert and PMK depositions;

WHEREAS, the parties now find it necessary to re-set said depositions on additional dates that are after the discovery cut-off;

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that such depositions be held as follows, starting at 9 a.m. on each such date:

1. August 26, 2008: Deposition by Plaintiff of Dr. McAfee at his office at the University of California, San Diego, School of Medicine, Dean's Office, 9500 Gilman Drive, La Jolla, CA;
2. August 27 to 30 (or earlier), 2008: Deposition by Plaintiff of County of Kern at Holiday Inn Select in Bakerfield, CA.;
3. September 2, 2008: Deposition by Defendants of Ms. Levison at Mr. Wasser's office at 400 Capitol Mall, Suite 1100, Sacramento, CA 95814;
4. September 3, 2008: Deposition by Defendants of Dr. Weiss at his office at City of Hope, 1500 E. Duarte Rd., Duarte, CA 91010;
5. September 4, 2008: Deposition by Defendants of Ms. Rizzardi at her office at 140 South Lake Avenue, Suite 230, Pasadena, CA 91101;
6. September 5, 2008: Deposition by Defendants of Dr. Reading at his office at 462 North Linden Dr Ste 445, Beverly Hills, CA 90212.

/////////

////    Dated:  August 8, 2008                    LAW OFFICES OF MARK A. WASSER

                                        By:    /s/ Mark A.Wasser
                                               Mark A. Wasser
                                               Attorney for Defendants County of Kern, et al.


Dated:  August 8 , 2008                    LAW OFFICE OF EUGENE LEE

                                        By:    /s/ Eugene D. Lee (as authorized on 8/8/08)
                                               Eugene D. Lee
                                               Attorney for Plaintiff, David F. Jadwin, D.O.

## ORDER

The parties having stipulated as hereinabove set forth and good cause appearing,

IT IS SO ORDERED.

**Dated:   August 8, 2008**              /s/ Oliver W. Wanger
                                                                    UNITED STATES DISTRICT JUDGE