Mark A. Wasser CA SB #060160
LAW OFFICES OF MARK A. WASSER
400 Capitol Mall, Suite 2640
Sacramento, California 95814
Phone: (916) 444-6400
Fax: (916) 444-6405
E-mail: mwasser@markwasser.com

Bernard C. Barman, Sr.
KERN COUNTY COUNSEL
Mark Nations, Chief Deputy
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
Phone: (661) 868-3800
Fax: (661) 868-3805
E-mail: mnations@co.kern.ca.us

Attorneys for Defendants County of Kern, Peter Bryan, Irwin Harris, Eugene Kercher, Jennifer Abraham, Scott Ragland, Toni Smith and William Roy

Eugene D. Lee SB# 236812
LAW OFFICES OF EUGENE LEE
555 West Fifth Street, Suite 3100
Los Angeles, California 90013
Phone: (213) 992-3299
Fax: (213) 596-0487
E-mail: elee@LOEL.com

Attorney for Plaintiff
DAVID F. JADWIN, D.O.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID F. JADWIN, D.O.,<br><br>　　Plaintiff,<br><br>vs.<br><br>COUNTY OF KERN, et al.,<br><br>　　Defendants. | Case No.: 1:07-cv-00026-OWW-TAG<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Date: September 8, 2008<br>Time: 9:30 a.m.<br>Place: U.S. Dist. Court, Bankruptcy Crtrm<br>　　　　1300 18th Street, Bakersfield, CA<br><br>Date Action Filed: January 6, 2007<br>Trial Date: December 2, 2008 |

It is hereby stipulated by and between the parties hereto through their respective counsel as follows:

The hearing on Plaintiff's motion for leave to file second amended complaint currently scheduled on September 8, 2008 at 9:30 a.m. be continued to September 15, 2008 at 9:30 a.m.

Dated: August 22, 2008          LAW OFFICES OF MARK A. WASSER


By:   /s/ Mark A. Wasser
      Mark A. Wasser
      Attorney for Defendants, County of Kern, et al.


Dated:  August 22, 2008         LAW OFFICE OF EUGENE LEE


By:   /s/ Eugene D. Lee (as authorized on 8/22/08)
      Eugene D. Lee
      Attorney for Plaintiff, David F. Jadwin, D.O.


**ORDER**

The parties having stipulated as hereinabove set forth and good cause appearing therefore;

IT IS SO ORDERED.

Dated: August 22, 2008          UNITED STATES DISTRICT COURT
                                By: _____
                                The Honorable Theresa A. Goldner
                                United States Magistrate Judge