UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DAVID F. JADWIN, D.O.,**<br><br>  Plaintiff,<br><br>  v.<br><br>**COUNTY OF KERN; et al.**<br><br>  Defendants. | Case No. 1:07-cv-00026-OWW-TAG<br><br>**ORDER STAYING REVISED SCHEDULING ORDER**<br><br>Date:  September 17, 2008<br>Time:  12:15 p.m.<br>Dept:  3<br><br>Date Action Filed:  January 6, 2007<br>Date Set for Trial:  December 2, 2008 |

At Defendants' request, this matter came on for hearing by telephone conference before the Honorable Oliver W. Wanger on September 17, 2008 at 12:15 p.m. in Courtroom 3, of the United States District Court for the Eastern District of California. Eugene D. Lee of the Law Office of Eugene Lee and Joan E. Herrington, of counsel to the Law Office of Eugene Lee, appeared by telephone for Plaintiff and Mark A. Wasser of the Law Offices of Mark A. Wasser appeared by telephone for Defendants.

IT IS HEREBY ORDERED that the Revised Scheduling Order (Doc. 209) is stayed pending the hearing on Plaintiff's motion to amend his complaint (Doc. 217), scheduled for October 6, 2008 at 10 a.m..

Dated: September __30__, 2008

/s/ OLIVER W. WANGER

Hon. Oliver W. Wanger
United States District Judge

-1-
**ORDER STAYING REVISED SCHEDULING ORDER**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28