IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID F. JADWIN, D.O., | 1:07-cv-00026-OWW-TAG |
| Plaintiff, | ORDER RE: PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (Doc. 215) |
| vs. | |
| COUNTY OF KERN; et al. | |
| Defendants. | |

The above matter came on regularly for hearing before the Honorable Oliver W. Wanger on October 6, 2008 at 10:00 a.m., in the United States District Court, Courtroom 3, at 2500 Tulare St, Fresno, California. The Court has read and reviewed the motions, declarations and memoranda of the parties, and considered the arguments of counsel. Eugene D. Lee of the Law Office of Eugene Lee appeared for Plaintiff and Mark A. Wasser of the Law Offices of Mark A. Wasser and Karen Barnes, Chief Deputy County Counsel for the County of Kern, appeared for Defendants, and the matter was heard. Good cause appearing, the Court hereby orders as follows.

//
//
//
//
//
//

1
2
3     //
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS HEREBY ORDERED that Plaintiff's motion for leave to file the Second Amended Complaint is GRANTED. Plaintiff shall file the Second Amended Complaint by October 7, 2008.

IT IS HEREBY FURTHER ORDERED that discovery is reopened as to Plaintiff's new claims only.

IT IS HEREBY FURTHER ORDERED that the Scheduling Order is revised as follows:

| | |
|---|---|
| Discovery Conference between counsel regarding supplemental expert reports: | By October 17, 2008 |
| New Discovery Cut-Off: | October 28, 2008 |
| Dispositive Motion Filing Cut-Off: | November 13, 2008 |
| Opposition to Dispositive Motions: | December 1, 2008 |
| Reply in Support of Dispositive Motions: | December 8, 2008 |
| Dispositive Motion Hearing: | January 12, 2009 at 10:00 a.m. in Courtroom 3 (OWW) |
| Pre-Trial Conference: | February 9, 2008 at 11:00 a.m. in Courtroom 3 (OWW) |
| Jury Trial: | March 24, 2009 at 09:00 a.m. in Courtroom 3 (OWW) |

IT IS SO ORDERED.

Date:  October 20, 2008              /s/ OLIVER W. WANGER
                                     Honorable Oliver W. Wanger
                                     United States District Judge
                                      Eastern District of California