Mark A. Wasser CA SB #060160
LAW OFFICES OF MARK A. WASSER
400 Capitol Mall, Suite 2640
Sacramento, California 95814
Phone: (916) 444-6400
Fax: (916) 444-6405
E-mail: mwasser@markwasser.com

Bernard C. Barmann, Sr.
KERN COUNTY COUNSEL
Mark Nations, Chief Deputy
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
Phone: (661) 868-3800
Fax: (661) 868-3805
E-mail: mnations@co.kern.ca.us

Attorneys for Defendants County of Kern,
Peter Bryan, and Irwin Harris

Eugene D. Lee SB #236812
LAW OFFICES OF EUGENE LEE
555 West Fifth Street, Suite 3100
Los Angeles, California 90013
Phone: (213) 992-3299
Fax: (213) 596-0487
E-mail: elee@LOEL.com

Attorneys for Plaintiff
DAVID F. JADWIN, D.O.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID F. JADWIN, D.O.** | Case No.: 1:07-cv-00026-OWW-TAG |
| Plaintiff, | **JOINT REQUEST FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL STATEMENT** |
| vs. | |
| **COUNTY OF KERN**, et al., | Date: February 19, 2009 |
| Defendants. | Time: 12:00 p.m. |
| | Place: U.S. District Court, Courtroom 3 |
| | 2500 Tulare Street, Fresno, CA |
| | Date Action Filed: January 6, 2007 |
| | Trial Date: March 24, 2009 |

The parties jointly request that the time to file the Joint Pretrial Statement be extended to and including Tuesday, February 17, 2009.

-1-

REQUEST FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL STATEMENT

1  This request is made on the following grounds.

2  The Pretrial Conference in this matter is set for February 19, 2009. This Court's
3  Standing Order requires that Joint Pretrial Statements be filed no less than 7 days before the
4  Pretrial Conference. This means the Joint Pretrial Statement would be due on February 10.
5  However, the parties' pending motions for summary judgment and judgment on the pleadings
6  will not be heard until February 11. The parties will not know which issues remain for trial until
7  after the hearing on the motions. Thus, it is not possible to prepare and file the Joint Pretrial
8  Statement on February 10.

9  In order to allow time for the parties to prepare the Joint Pretrial Statement after the
10 hearing on February 11, the parties request that the time to file the Joint Pretrial Statement be
11 extended to and including Tuesday, February 17.

12 Respectfully submitted,

13 Dated: January 30, 2009          LAW OFFICES OF MARK A. WASSER

14                                 By:    /s/ Mark A. Wasser
                                          Mark A. Wasser
15                                        Attorney for Defendants, County of Kern, et al.
16

17 Dated: January 30, 2009          LAW OFFICE OF EUGENE LEE

18                                 By:    /s/ Eugene D. Lee (as authorized on 1/30/09)
                                          Eugene D. Lee
19                                        Attorney for Plaintiff, David F. Jadwin, D.O.
20

21                                        **ORDER**

22 The parties' joint request is granted and the Joint Pretrial Statement shall be filed on or
23 before February 17, 2009.

24 IT IS SO ORDERED.

25 Dated: February 2, 2009          UNITED STATES DISTRICT COURT

26                                 By:    [signature]
27                                        The Honorable Oliver W. Wanger
                                          United States District Court Judge
28

REQUEST FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL STATEMENT