1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8
9

DAVID F. JADWIN, D.O.,                          )        1:07-cv-00026 OWW TAG
                                                )
10              Plaintiff,                       )
                                                )        ORDER OF RECUSAL;
11       v.                                      )        ORDER DIRECTING REASSIGNMENT
                                                )
12   JENNIFER ABRAHAM, M.D., et al.,             )
                                                )
13              Defendants.                      )
                                                )
14 _____          )

15
16       On the basis of good cause, the undersigned Magistrate Judge recuses herself from this

17   action and directs the Clerk of Court to reassign another Magistrate Judge to this action and

18   make appropriate adjustments, if any, in the assignments of cases to compensate for such

19   reassignment.

20
     IT IS SO ORDERED.
21
     Dated:  **February 15, 2009**                      _____**/s/ Theresa A. Goldner**_____
22   _____                                             UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28