FILED
APR 9 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID F. JADWIN, D.O., | 1:07-cv-00026-OWW-DLB |
| Plaintiff, | [~~PROPOSED~~] REVISED SCHEDULING ORDER |
| vs. | Complaint Filed: Jan. 6, 2007<br>Trial: May 12, 2009 |
| COUNTY OF KERN; et al. | |
| Defendants. | |

At the Court's initiative, this matter came on for hearing by telephone conference before the Hon. Oliver W. Wanger on March 18, 2009 at 9 a.m. in Courtroom 3 of the United States District Court for the Eastern District of California. Eugene D. Lee of the Law Office of Eugene Lee appeared by telephone for Plaintiff and Mark A. Wasser of the Law Offices of Mark A. Wasser appeared by telephone for Defendants. Good cause appearing, the Court hereby orders as follows:

IT IS HEREBY ORDERED that the trial set for March 24, 2009 is vacated and that the Revised Scheduling Order is revised as follows:

Joint Pre-Trial Statement Submission:   April 17, 2009 at 4:00 p.m. via CM/ECF

Pre-Trial Conference:   April 20, 2009 at 11:00 a.m. in Crtrm. 3 (OWW)

Jury Trial:   May 12, 2009 at 9:00 a.m. in Crtrm. 3 (OWW)

IT IS SO ORDERED.
Date: April 8, 2009

_____
Honorable Oliver W. Wanger
United States District Judge
Eastern District of California