# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID F. JADWIN, D.O.**, <br><br>    Plaintiff, <br><br>vs. <br><br>**COUNTY OF KERN**, et al., <br><br>    Defendants. | Case No.: 1:07-cv-00026-OWW-DLB <br><br> **ORDER ON DEFENDANT'S MOTION TO AMEND THE FINAL JUDGMENT (DOCUMENT 413)** |

    Defendant County of Kern's motion to amend the Final Judgment having come on for hearing on July 28, 2010 before the Honorable Oliver W. Wanger, Mark A. Wasser appearing for Defendant and Eugene E. Lee and Joan Herrington appearing for Plaintiff, and the Court having read and considered the papers on file and heard and considered the argument of counsel and good cause appearing, for the reasons stated in open court,

    IT IS HEREBY ORDERED that Defendant's motion be, and the same is, granted as to Defendants Peter Bryan and Irwin Harris only.  The Final Judgment shall be amended to enter judgment in favor of Defendants Bryan and Harris.  Defendants Bryan and Harris are awarded costs.

    IT IS FURTHER ORDERED that Defendant's motion is, in all other respects, denied.

Dated: August 12, 2010            /s/ OLIVER W. WANGER
                                                United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com