# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**DAVID F. JADWIN, D.O.**

Plaintiff,

vs.

**COUNTY OF KERN**, et al.,

Defendants.

Case No.: 1:07-cv-00026-OWW-DLB

**ORDER DENYING DEFENDANT'S MOTION FOR NEW TRIAL (DOCUMENT 415)**

Defendant County of Kern's motion for new trial having come on for hearing on July 28, 2010 before the Honorable Oliver W. Wanger, Mark A. Wasser appearing for Defendant and Eugene E. Lee and Joan Herrington appearing for Plaintiff, and the Court having read and considered the papers on file and heard and considered the argument of counsel and good cause appearing, For the reasons stated in open Court.

IT IS HEREBY ORDERED that Defendant's motion for new trial be, and the same is, denied.

Dated: August 12, 2010

/s/ OLVER W. WANGER
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com